IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02370-WDM-MEH

TEXAS INSTRUMENTS, INC.,

    Plaintiff,

v.

BIAX CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 28, 2007.**

    The Stipulated Motion to Establish Briefing Schedule ("Motion") [filed December 20, 2007; doc #15] is **denied as moot**. The parties seek to establish a briefing schedule for a motion that was filed in a separate case, which was recently removed from Boulder County District Court to this Court, and entitled *BIAX Corp. V. Texas Instruments, Inc.*, No. 07-cv-02548-REB-BNB. The parties properly filed an identical "Motion to Establish Briefing Schedule" in that case, where it will be adjudicated by Judge Blackburn.