IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.     07-cv-02370-WDM-MEH

TEXAS INSTRUMENTS INC.,

    Plaintiff(s),

v.

BIAX CORPORATION,

    Defendant(s).

and

Civil Action No. 07-cv-02548-REB-BNB

BIAX CORPORATION,

    Plaintiff,

v.

TEXAS INSTRUMENTS INCORPORATION,

    Defendant.
_____

## ORDER OF CONSOLIDATION
_____

    This matter is before me on the Agreed Motion to Consolidate Civil Action No. 07-cv-2548-REB-BNB with Civil Action No. 07-cv-2370-WDM-MEH pending before me. The cases have common issues of fact and law and the oldest number case is pending before me.

    Accordingly, it is ordered, pursuant to Fed. R. Civ. P. 42(a) and

D.C.COLO.LCivR 42.1, that Civil Action No. 07-cv-2548-REB-BNB is hereby consolidated with Civil Action No. 07-cv-2370-WDM-MEH and these cases shall proceed under the singular Civil Action No. 07-cv-2370-WDM-MEH before me as the assigned judge.

    DATED at Denver, Colorado, January 2, 2008

                                       BY THE COURT:

                                       s/ Walker D. Miller
                                       United States District Judge