IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02370-WDM-MEH

TEXAS INSTRUMENTS, INC.,

    Plaintiff,

v.

BIAX CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 29, 2008.**

    Plaintiff's Unopposed Motion to Withdraw Motion for Expedited Discovery [filed January 25, 2008; doc #43] is **granted**. The Clerk of the Court is directed to withdraw the motion found at doc. #30.