IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 07-cv-02370-WDM-MEH          Date: May 29, 2008
Courtroom Deputy: Cathy Coomes                    **FTR – Courtroom C203**

---

TEXAS INSTRUMENT INCORPORATED,          Jana Limer

       Plaintiff,

vs.

BIAX CORPORATION,                                   Steven Merker
                                                                       Tucker Trautman

       Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**     **10:02 a.m.**

Court calls case. Appearances of counsel. Also present: Peter Livingston.

Mr. Merker orally moves to seal the transcript of this hearing. The Court directs Mr. Merker to file a written motion to seal the transcript.

Ms. Limer states that she is prepared to orally respond to BIAX's Motion for Entry of Protective Order to stay discovery (Doc. #128, filed 5/14/08). The Court will also allow Ms. Limer to file a written response and will set a briefing schedule after argument on the motions.

Argument and discussion regarding Texas Instruments Incorporated's Motion for Entry of Protective Order (Doc. #89, filed 4/8/08); BIAX's Motion for Entry of Protective Order (Doc. #111, filed 4/29/08); and BIAX's Motion for Protective Order to stay discovery (Doc. #128, filed 5/14/08).

10:43 a.m.      Off the record.

10:47 a.m.      On the record.

Mr. Merker states that BIAX will agree to not dissipate any assets pending the resolution of the motion to vacate the arbitration award.

**ORDERED:** 1. The Court takes the motions argued today under advisement.

2. Plaintiff's written Response to Defendant's Motion for Protective Order to stay discovery (Doc. #128, filed 5/14/08) is due by **June 3, 2008.** Defendant's Reply, if any, is due by **June 6, 2008.**

3. A Settlement Conference is set for **July 17, 2008, at 10:00 a.m.** Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference. Each party shall submit a Confidential Settlement Statement to Magistrate Judge Hegarty **on or before July 10, 2008,** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

**Court in recess:** **11:19 a.m. (Hearing concluded)**
**Total time in court:** 1:17