IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

---

Courtroom Deputy:   Patricia Glover          Date: November 12, 2009
Court Reporter:     Paul Zuckerman           Time: 22 minutes

---

**Civil Action No. 07-cv-02370-WDM**

Parties:                                      Counsel:

**TEXAS INSTRUMENTS, INC.**                   David Palmer
                                              Thomas Jackson
    Plaintiff,                          David Goldberg
                                              Jana Limer
vs.

**BIAX CORPORATION,**

    Defendant.                          Steven Merker

---

## COURTROOM MINUTES

---

Hearing Regarding: Final Trial Preparation Conference.

**9:06 a.m.**      Court in session.

Appearances of counsel.  Larry Schroeder, Senior Counsel is present on behalf of
Texas Instruments.

The parties confirm that the matter will proceed to trial.

The Court advises counsel on procedure for jury selection, *voir dire*, opening statement.

The Court addresses witnesses and those presented by deposition.

Statements from counsel Palmer and Merker.

The Court addresses that it expects a joint exhibit list and as many stipulations as
possible that counsel can agree to.  Counsel agree to meet and address the issue.

The Court addresses procedure for jury instructions.

Page 2
07-cv-02370-WDM
November 12, 2009


The Court address the matters at issue and whether testimony is needed and/or the Court will decide those issues.

Statements from counsel Palmer and Merker.  The parties stipulate that if the witness that would testify at the hearing prior to trial is not available, then neither party will be permitted to call live witnesses.

The Court inquires if counsel have any questions about trial procedure.

The Court addresses pending motions.

**ORDERED:   1.      The Motions in Limine (Doc. #s. 439, 440, 441, 442, 443, 444) are DENIED without prejudice.**

**ORDERED:   2.      Hearing is set on November 19, 2009 at 1:30 p.m., in Courtroom A902, 901 19th Street, Denver, CO**

**9:28 a.m.**      Court in recess.

Total in-court time:   22 minutes

Hearing concluded.